PHILIP DOYLE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 310
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 514-9673

BLAINE T. WELSH
HOLLY VANCE
Assistant United States Attorneys
District of Nevada
100 W. Liberty Street
Reno, Nevada 89501
(775) 784-5438

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 3:16-cv-00142-MMD-VPC |
| v. | ) **PLAINTIFF UNITED STATES OF AMERICA'S UNOPPOSED MOTION TO STAY ACTION** |
| KENNETH J. MCKENNA, BANK OF NEW YORK MELLON TRUST COMPANY, N.A., etc., and WASHOE COUNTY TREASURER, | ) |
| Defendants. | ) |

The United States of America moves the Court to stay this action in its entirety – both the Government's claim and the counterclaim/cross-claim filed by Bank of New York Mellon Trust – because the United States and the taxpayer, Kenneth McKenna have entered into a settlement of their dispute. The relevant terms of the settlement require McKenna to pay the United States a sum certain within 90 days and, if he does that, the United States will dismiss this action WITHOUT PREJUDICE. In the event McKenna does not make the required payment, the United States will promptly file a motion for summary judgment.

Counsel for the United States has conferred with all other counsel in the case, and this motion is unopposed.

WHEREFORE, the United States moves the Court to stay this action for 90 days.

Date: August 2, 2016

CAROLINE D. CIRAOLO
Assistant Attorney General

 /s/ Philip Doyle
PHILIP DOYLE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 301
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 514-9673
Email: Philip.a.doyle@usdoj.gov

Of Counsel:
BLAINE T. WELSH
HOLLY VANCE
Assistant United States Attorneys

Attorneys for the United States of America

CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing Plaintiff United States of America's Unopposed Motion to Stay Action has been made on August 2, 2016, to the following:

- By ECF notification:

  Jacob D. Bundick
  Whitney Welch
  Greenberg Traurig, LLP
  3773 Howard Hughes Parkway
  Suite 400
  Las Vegas, NV 89169
  *Attorney for Bank of New York Mellon Trust*

Michael Large
Washoe County District Attorney
P.O. Box 11130
Reno, NV 89520
*Attorney for Washoe County Treasurer*

- By First Class U.S. mail:

Kenneth McKenna, Esq.
544 West First Street
Reno, Nevada  89503

/s/ Philip Doyle_____
PHILIP DOYLE
Trial Attorney

IT IS SO ORDERED.

Dated: August 2, 2016

_____
U.S. District Judge

-3-